NO. _____

| | | |
|---|---|---|
| Mario Lopez Jucup | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

On Appeal from the Fifth Court of Appeals
in Cause No. 05-13-00878-CR

## Appellant's Motion to Extend the Time for Filing a Petition for Discretionary Review

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On November 24, 2014, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-13-00878-CR styled Mario Lopez Jucup v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is December 24, 2014. Appellant respectfully requests an extension of time until

1

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

February 24, 2015.

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to February 24, 2015.

Respectfully submitted,

Mario Lopez Jucup, Appellant # 01870734
Holliday Unit
295 IH 45 N
Huntsville, TX 77320-4959

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on _DECEMBER 17,_ , 2014.

_Mario Lopez Jucup, Appellant_